IN THE UNITED STATES DISTRICT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

STEVEN L. PINDER                                                            PLAINTIFF

VS.                                    CASE NO. 02-CV-1067

CALVIN KNIGHTON, Sheriff
Columbia County, Arkansas                                                   DEFENDANT

# ORDER

Before the Court is a Motion for Enforcement of Judgment filed on behalf of the Plaintiff, Steven Pinder. (Doc. No. 71). The Plaintiff asks the Court to enter an Order directing the Defendant to pay him the amount of the judgment in this case. Defendant has filed a Satisfaction of Judgment indicating that the above referenced judgment has been paid. (Doc. No. 75). Therefore, the Court finds that the motion now pending before the Court is moot and should be denied as such. Accordingly, Plaintiff's Motion for Enforcement of Judgment is hereby **denied** as moot.

IT IS SO ORDERED, this 6th day of October, 2005.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge